IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL C. PIANTONE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br>NO. 25-7018 |

**ORDER**

**AND NOW**, this 26th day of August 2026, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 12), Plaintiffs' Response in Opposition (Doc. No. 13), Defendant's Reply (Doc. No. 14), and in accordance with the Opinion of the Court filed this day, the Motion (Doc. No. 12) is **DENIED**. Defendant shall file an Answer to the First Amended Complaint (Doc. No. 8) by September 9, 2026.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.